```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08586
    KATRINA S JENNINGS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1079


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 07/19/2006 and was confirmed 09/13/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

      The case was dismissed after confirmation 07/30/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
BALABAN FURNITURE          SECURED             250.00         .00          202.75
BALABAN FURNITURE          UNSECURED       NOT FILED          .00             .00
UNITED AUTO CREDIT CORP    SECURED           12120.00      1652.75         4129.37
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED          .00             .00
AMERICASH LOANS LLC        UNSECURED           557.00         .00             .00
AMERICASH LOANS LLC        UNSECURED          1090.82         .00             .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED          .00             .00
CAVALRY PORTFOLIO SERVIC   UNSECURED       NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED           110.00         .00             .00
CMD ACCOUNT MANAGEMENT     UNSECURED       NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00             .00
ERS SOLUTIONS              NOTICE ONLY     NOT FILED          .00             .00
PREMIER BANCARD CHARTER    UNSECURED           430.29         .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           618.66         .00             .00
GPO                        UNSECURED       NOT FILED          .00             .00
MAGES & PRICE              UNSECURED       NOT FILED          .00             .00
NATIONAL QUIK CASH         UNSECURED       NOT FILED          .00             .00
NICOR GAS                  UNSECURED           240.44         .00             .00
RECEIVABLE RECOVERY SYST   UNSECURED       NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00             .00
UNIVERSITY OF CHICAGO C    UNSECURED       NOT FILED          .00             .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT      290.00          .00           290.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY       2,500.00                        67.61
TOM VAUGHN                 TRUSTEE                                          432.52
DEBTOR REFUND              REFUND                                           157.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    6,932.00
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08586 KATRINA S JENNINGS

```
PRIORITY                                                         290.00
SECURED                                                        4,332.12
    INTEREST                                                   1,652.75
UNSECURED                                                           .00
ADMINISTRATIVE                                                    67.61
TRUSTEE COMPENSATION                                             432.52
DEBTOR REFUND                                                    157.00
                                      ---------------    ---------------
TOTALS                                       6,932.00           6,932.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
         CASE NO. 06 B 08586 KATRINA S JENNINGS